NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH R. KENT,**

*Petitioner*

**v.**

**SOCIAL SECURITY ADMINISTRATION,**

*Respondent*

---

2023-1329

---

Petition for review of the Merit Systems Protection Board in No. DE-0752-17-0171-I-1.

---

## O R D E R

Upon consideration of Kenneth R. Kent's failure to submit an opening brief in this matter,

IT IS ORDERED THAT:

The case is dismissed.  Fed. Cir. R. 31(d).

FOR THE COURT

August 24, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court